1  Christopher J. Hamner, Esq. (SBN 197117)
   Amy T. Wootton, Esq. (SBN 188856)
2  Kimberly A. Westmoreland, Esq. (SBN 237919)
   **HAMNER LAW OFFICES, LP**
3  15760 Ventura Boulevard, Suite 860
   Encino, California 91436
4  Telephone: (818) 386-0444
   Facsimile: (818) 386-0050
5  chamner@hamnerlaw.com
   awootton@hamnerlaw.com
6  kwestmoreland@hamnerlaw.com

7  Glenn C. Nunes, Esq. (SBN 210453)
   **THE NUNES LAW GROUP**
8  101 California Street, Suite 2450
   San Francisco, California 9411
9  Telephone: (415) 946-8894
   Facsimile: (415) 946-8801
10 glenn@nuneslawgroup.com

11 Attorneys for Plaintiffs, FRANK CECCHINI, individually, BRIAN GEERS,
   LAURENCE GERARD and the class they seek to represent

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT

| | |
|---|---|
| FRANK CECCHINI, a California Resident, individually, and BRIAN GEERS a California Resident and LAURENCE GERARD, a New York Resident, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>AOL LLC, a Delaware Limited Liability Company, doing business in California as AOL INTERNET SERVICES LLC; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO.: CV-08-06845 CAS PLAx<br><br>Hon. Christina A. Snyder<br><br>**STIPULATION FOR DISMISSAL**<br><br>**[Fed. R. Civ. Proc. 41(a)(1)(ii)]**<br><br>TRIAL DATE:　　　NONE |

///

///

///

---
1
STIPULATION FOR DISMISSAL

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED by and between Plaintiffs FRANK |
| 2 | CECCHINI, BRIAN GEERS and LAURENCE GERARD, and Defendant AOL LLC |
| 3 | (the "Parties") by and through their designated counsel, that this Court shall dismiss |
| 4 | without prejudice all claims in the above-captioned action between and among the |
| 5 | Parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). |

DATED: August 27, 2009     THE NUNES LAW GROUP

By: /s/ Glenn C. Nunes
Glenn C. Nunes
Attorneys for Plaintiffs Frank Cecchini,
Brian Geers and Laurence Gerard

DATED: August 27, 2009     REED SMITH LLP

By: /s/ Mark D. Litvack
Mark D. Litvack
Michael A. Garabed
Attorneys for Defendant AOL LLC

2
STIPULATION FOR DISMISSAL